(Rev 03/2016)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: 19-3702- Otazo- Reyes

UNITED STATES OF AMERICA
    Plaintiff,

v.

JAIL # 18422-104

_Edel Gutierrez_____ Defendant,
_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 10,000 10% personal Surety _____.

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

    1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

    2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

    3. May not change his or her present address as recorded on this bond without prior permission in writing from the court.

    4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

    5. The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    6. Shall not commit any act in violation of state or federal laws.

DEFENDANT:
CASE NUMBER:
PAGE TWO

### SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☒ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

☒ b. Report to Pretrial Services as follows: ☒ as directed or _____ time(s) a week in person and _____ time(s) a week by telephone;

☐ c. Submit to substance abuse testing and/or treatment;

☐ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

☒ e. Participate in mental health assessment and/or treatment;

☒ f. Participate and undergo a sex offense specific evaluation and treatment;

☐ g. Maintain or actively seek full-time employment;

☐ h. Maintain or begin an educational program; ~~including online contact~~

☒ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel; including girlfriend, or minors, under age 18

☒ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

☐ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own until the bond is discharged, or otherwise modified by the Court;

☐ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;*

☒ m. No access to the internet via any type of connectivity device *(i.e. computers, pda's, cellular phones, tv's),* and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

☒ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ☐ will not or ☐ will include electronic monitoring or other location verification system, paid for by the defendant *based upon his/her ability to pay* ☒ or paid for by Pretrial Services ☐.

☐ Curfew: You are restricted to your residence every day from _____ to _____, or as directed by the Court.

☒ Home Detention: You are restricted to your residence at all times except for: ☒ medical needs or treatment, ☒ court appearances, ☒ attorney visits or court ordered obligations, and ☐ other religious observances.

☐ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: ☐ employment; ☐ education; ☐ religious services; ☐ medical, substance abuse, or mental health treatment; ☐ attorney visits; ☐ court appearances; ☐ court ordered obligations; ☐ reporting to Pretrial Services; and ☐ other

☐ p. May travel to and from: _____, and must notify Pretrial Services of travel plans before leaving and upon return.

☒ q. Comply with the following additional conditions of bond:
Adam Walsh Act Conditions (see attached)
Parents not allowed defendant access to cell phones

Adam Walsh Condition: According to the Adam Walsh Child Protection Act, the Court is required to impose electronic monitoring as a condition of pretrial release in any case that involves a minor under 18 U.S.C. 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2241A, 2252(a)(1) to (3), 2252A(a)(1) to (4) 2260, 2421, 2422, 2423, 2425, or 2250 failure to register offense. In addition to imposing an electronic monitoring condition, the section requires that a court also impose a minimum, the conditions specified in 3142(c)(1)(B)(iv)(v)(vi)(vii) and (viii). These conditions are: abide by specified restrictions on personal associations, place of abode, or travel; avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew and refrain from possessing a firearm, destructive device or other dangerous weapons.

**In addition to the Adam Walsh Conditions, the additional special conditions of release are recommended in this case:**

1. Report to the U.S. Pretrial Services as directed;
2. Surrender all passports and travel documents, if any, to the Pretrial Services Unit and not obtain any travel documents during the pendency of the case;
3. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;
4. Refrain from possessing a firearm, destructive device or other dangerous weapons;
5. Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court;
6. Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office;
7. Mental health assessment and if needed treatment as directed by Pretrial Services;
8. Participate in the Location Monitoring Program, and he shall abide by all the requirements of the program, which will be monitored by electronic monitoring (RF). The defendant is to be in home detention and shall be restricted to his residence at all times except for medical, treatment, court appearances, ~~employment~~ and attorney visits as approved by U.S. Probation. The cost to be paid by the defendant based on his ability to pay;
9. Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability;
10. Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider;
11. Defendant is not permitted to enter or to use any local, state, federal or private libraries or any bookstore;
12. Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services; and
13. The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

[handwritten margin note next to item 8: "& Religious"]

Page 4

DEFENDANT:
CASE NUMBER:
PAGE THREE

## **PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT**

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT:
CASE NUMBER:
PAGE FOUR

### PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing.**

### DEFENDANT

Signed this 29 day of October, 2019 at Miami, Florida
Signed and acknowledged before me:
WITNESS: _____
DEFENDANT: (Signature) Edel
City: Miami    State: FL

### CORPORATE SURETY

Signed this ___ day of ___, 20__ at ___, Florida
SURETY: _____
City: _____ State: _____
AGENT: (Signature) _____
PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this 29 day of October, 2019 at Miami, Florida
SURETY: (Signature) _____
PRINT NAME: Alerda Perez
RELATIONSHIP TO DEFENDANT: Mother
City: Miami    State: FL

Signed this 29 day of October, 2019 at Miami, Florida
SURETY: (Signature) _____
PRINT NAME: Uivaldo Gutierrez
RELATIONSHIP TO DEFENDANT: Fhother
City: Miami    State: FL

Signed this 29 day of October, 2019 at Miami, Florida
SURETY: (Signature) _____
PRINT NAME: Luis Ruiz
RELATIONSHIP TO DEFENDANT: Step Father
City: Miami    State: FL

Signed this ___ day of ___, 20__ at ___, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
City: _____ State: _____

### APPROVAL BY COURT

Date: 10/29/19

JOHN J. O'SULLIVAN
CHIEF US MAGISTRATE JUDGE



THE BACK OF THIS DOCUMENT CONTAINS AN "AMSCOT" ARTIFICIAL WATERMARK - HOLD AT AN ANGLE

AMSCOT

The Money Superstore™

# INTERNATIONAL MONEY ORDER

86-490/1031 2207882901

J9

PAY TO THE ORDER OF Clerk U.S District Court. 10/28/2019

AMSCOT CORPORATION
P.O. BOX 25137
TAMPA, FL
33622-5137

Aleida Perez 9921 SW 45T #100 M.F. 33174 $500.00

PURCHASER 786-468-5298

**FIVE HUNDRED AND 00/100 DOLLARS

2207882901 NOT VALID FOR MORE THAN ONE THOUSAND FIVE HUNDRED DOLLARS ($1500)

Payable through BancFirst AMSCOT CORPORATION

PURCHASER AND PAYEE ARE SUBJECT TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

PURCHASER'S SIGNATURE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

⑆103104900⑆ 4297 2207882901⑈

THE BACK OF THIS DOCUMENT CONTAINS AN "AMSCOT" ARTIFICIAL WATERMARK - HOLD AT AN ANGLE

AMSCOT

The Money Superstore™

# INTERNATIONAL MONEY ORDER

86-490/1031 2204869977

N8

PAY TO THE ORDER OF Clerk U.S District Court. 10/29/2019

AMSCOT CORPORATION
P.O. BOX 25137
TAMPA, FL
33622-5137

Aleida Perez 9921 SW 45T #100 M.F. 33174 $500.00

PURCHASER 786-4685298

**FIVE HUNDRED AND 00/100 DOLLARS

2204869977 NOT VALID FOR MORE THAN ONE THOUSAND FIVE HUNDRED DOLLARS ($1500)

Payable through BancFirst AMSCOT CORPORATION

PURCHASER AND PAYEE ARE SUBJECT TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

PURCHASER'S SIGNATURE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

⑆103104900⑆ 4297 2204869977⑈

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100197121
Cashier ID: vthomas
Transaction Date: 10/29/2019
Payer Name: ALEIDA PEREZ
-------------------------------
TREASURY REGISTRY
 For: EDEL GUTIERREZ
 Case/Party: D-FLS-1-19-MJ-003702-001
 Amount:         $1,000.00
-------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 2207882901
 Amt Tendered:   $500.00
PAPER CHECK CONVERSION
 Check/Money Order Num: 2204869977
 Amt Tendered:   $500.00
-------------------------------
Total Due:       $1,000.00
Total Tendered:  $1,000.00
Change Amt:      $0.00

19-MJ-3702-AOR-1

USA VS. EDEL GUTIERREZ


REMITTER: ALEIDA PEREZ


BOND

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```