UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20798-WILLIAMS

UNITED STATES OF AMERICA,
        Plaintiff,

v.

EDEL GUTIERREZ,
        Defendant.
_____/

**DEFENDANT'S OBJECTION TO**
**PRESENTENCE INVESTIGATION REPORT**

Mr. Gutierrez, through counsel, respectfully submits his objections to the Draft Presentence Investigation Report ("PSI") (D.E. 37), and in support states the following:

**Specific Offense Characteristic: Paragraph 45**

Mr. Gutierrez objects to the six-level enhancement to his base offense level for "distribution to a minor that was intended to persuade, induce, entice or coerce the minor to engage in any illegal act." U.S.S.G. § 2G2.2(b)(3)(D). Mr. Gutierrez concedes that during his chats with the minor victim, he spoke in a sexually explicit manner, sent to her a photograph of his penis and requested a nude picture of her in return. (PSI ¶18). But those facts fall well short of proving that he distributed child pornography to the minor victim or sought to persuade the victim to engage in an illegal act. The evidence does not support this enhancement.

1

**Specific Offense Characteristics: Paragraph 46**

Mr. Gutierrez objects to the five-level enhancement to his offense level for "engag[ing] in a pattern of activity involving the sexual abuse or exploitation of a minor", U.S.S.G. § 2G2.2(b)(5). This enhancement cannot apply based on a defendant's solicitation of a naked photograph from a minor victim alone. The Commentary to U.S.S.G. § 2G2.2 specifically excludes from the definition of "sexual abuse or exploitation" in subsection (5) "possession, accessing with intent to view, receipt, or trafficking in material relating to the sexual abuse or exploitation of a minor." *Id*. at n. 1. Therefore, even if a minor victim complied with Mr. Gutierrez's request, his mere receipt and/or possession of the picture would not suffice. Accordingly, the recommended enhancement should not be applied.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

BY:   ***s/Bunmi Lomax***
        Bunmi Lomax
        Assistant Federal Public Defender
        Special A Number: A5501975
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1556
        Tel: 305-530-7000
        Fax: 305-536-4559
        bunmi_lomax@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 3, 2020, electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Bunmi Lomax*
Bunmi Lomax